# EXHIBIT "G"

---------- Forwarded message ----------
From: **Brianna Douglas** <bbuncedouglas@coker.edu>
Date: Fri, May 4, 2018 at 10:22 AM
Subject: Administrative Withdrawal- Criminal Act
To: Lauren Pearson <lauren.pearson@coker.edu>

May 4, 2018

Lauren Pearson


SC

Dear Lauren:

This letter is to inform you that you have been administratively withdrawn from Coker College,
effective immediately, due to reports of your arrest for the following criminal activity:

- Filing a false police report

Your presence on campus has been determined to be disruptive to the educational process and pose
a potential threat to the faculty, staff, and students. Please review page 10 of the Coker College
Student Code of Conduct for more information.

Your administrative withdrawal includes a <u>ban</u> from campus until your pending legal issues are
resolved. This ban includes all buildings and property of the College, including the Boathouse, athletic
fields, Kalmia Gardens, and any event sponsored by the College. Violation of this ban will result in
trespassing charges filed against you.

If you would like to collect your belongings from your room, please call campus safety at 843-383-
8140 prior to your arrival to campus. They will escort you to your room and assist you as necessary.

After your legal proceedings are completed, you must apply for readmission to Coker College. Upon
reapplication, you will need to include documentation pertaining to the circumstances of your arrest
and any resultant legal action. The Academic Standards Committee of the Faculty Senate will review
your application for readmission and supporting documentation to assess the advisability of your
enrollment at the College. The committee will determine what conditions, if any, must be present in
order for your enrollment to resume.

If you have questions concerning this decision, please contact me at bbuncedouglas@coker.edu.

Sincerely,

Brianna